

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,459-01

**EX PARTE RANDY STEVEN BLAIR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 062580-A IN THE 59TH DISTRICT COURT
### FROM GRAYSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of retaliation and sentenced to four years' imprisonment. He did not appeal his conviction.

In his first ground, Applicant contends that his probation should not have been revoked because charges in a Florida case were dropped. In his second and third grounds, he contends that he was not credited with 90 days of pre-sentence time and that he should have been credited with his street time while he was on probation. Applicant's first ground is without merit and is denied. His second and third grounds are dismissed. *See Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App.

2004). Accordingly, this application is denied in part and dismissed in part.

Filed: March 22, 2017
Do not publish